UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Duckhorn Wine Company, a California corporation,**

            Plaintiff(s),          CASE NO.  No. 13-05525 RS

            v.          **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

**Sutter Home Winery, Inc., Duck Commander, Inc, And Wal-Mart Stores Inc.,**

            Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

■ not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:  April 10, 2014

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone Number | Email Address |
|---|---|---|---|
| Henry C. Bunsow | Plaintiff | (415) 426-4747 | hbunsow@bdiplaw.com |
| J. Scott Gerien | Defendants | (707) 252-7122 | sgerien@dpf-law.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated:  March 20, 2014          */s/ Henry C. Bunsow*
                                      Attorney for Plaintiff, Duckhorn Wine Company

Dated:  March 20, 2014          */s/ J. Scott Gerien*
                                      Attorney for Defendants, Sutter Home Winery, Inc., Duck Commander, Inc., Wal-Mart Stores Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    Pursuant to General Order No. 45, I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

---

Rev. 12/05