**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN FRANCISCO DIVISION

10

11   DUCKHORN WINE COMPANY,                          No. C 13-05525  RS

12              Plaintiff,                           **CASE MANAGEMENT
                                                     SCHEDULING ORDER**
13        v.

14   SUTTER HOME WINERY, INC., d/b/a
     Trinchero Family Estates, DUCK
15   COMMANDER, INC., and WAL-MART
     STORES INC.,

16

17              Defendants.
     _____/

18

19        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

20   Case Management Conference on April 10, 2014.  After considering the Joint Case Management

21   Statement submitted by the parties and consulting with the attorneys of record for the parties and

     good cause appearing, IT IS HEREBY ORDERED THAT:

22        1.    ALTERNATIVE DISPUTE RESOLUTION.

23        EARLY NEUTRAL EVALUATION:  The parties are hereby REFERRED to the court's

24   ADR department for the purpose of engaging in an early neutral evaluation to take place, ideally,

25   within the next 90 days.

26        2.    DISCOVERY.

27

28

                                                     CASE MANAGEMENT SCHEDULING ORDER

United States District Court

For the Northern District of California

1    On or before January 9, 2015 all non-expert discovery shall be completed by the parties.

2 Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

3 five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

4 requests for production of documents or for inspection per party; and (d) a reasonable number of

5 requests for admission per party.

6    3.    DISCOVERY DISPUTES.

7    Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

8 conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

9 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

10 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery

11 Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of

12 how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal

13 briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned,

14 all further discovery matters shall be filed pursuant to that Judge's procedures.

15    4.    EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall

16 proceed as follows:

17    A.  On or before January 23, 2015, parties will designate experts in accordance with

18 Federal Rule of Civil Procedure 26(a)(2).

19    B.  On or before February 6, 2015, parties will designate their supplemental and rebuttal

20 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

21    C.  On or before February 20, 2015, all discovery of expert witnesses pursuant to Federal

22 Rule of Civil Procedure 26(b)(4) shall be completed.

23    5.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

24 Management Conference shall be held on **February 26, 2015 at 10:00 a.m.** in Courtroom 3,

25 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

26 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

27

28

CASE MANAGEMENT SCHEDULING ORDER

2

6.      PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **April 16, 2015**.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **June 11, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.  A jury trial shall commence on **June 22, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   April 10, 2014

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California