Henry C. Bunsow (SBN 060707)
hbunsow@bdiplaw.com
Brian A.E. Smith (SBN 188147)
bsmith@bdiplaw.com
Robin Curtis (SBN 271702)
rcurtis@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA  94104
Tel: (415) 426-4747
Fax: (415) 426-4744

Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
Jeffrey D. Chen (SBN 267837)
jchen@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Tel:  650-351-7248
Fax: 650-351-7253

*Attorneys for Plaintiff*
Duckhorn Wine Company

J. Scott Gerien (SBN 184728)
sgerien@dpf-law.com
John N. Heffner (SBN221557)
jheffner@dpf-law.com
Aaron D. Currie (SBN 245348)
acurrie@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Ste. 301
Napa, CA 94559
Tel: (707) 252-7122
Fax: (707) 255-6876

*Attorneys for Defendants*
Duck Commander, Inc., Sutter Home Winery, Inc. and Wal-Mart Stores Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DUCKHORN WINE COMPANY, a California Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>SUTTER HOME WINERY, INC., d/b/a Trinchero Family Estates, DUCK COMMANDER, INC., and WAL-MART STORES INC.,<br><br>              Defendants. | Case No.  13-05525 RS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Duckhorn Wine Company ("Plaintiff") and Defendants Duck Commander, Inc., Sutter Home Winery, Inc. and Wal-Mart Stores Inc. ("Defendants") hereby notify the Court that a settlement has been reached in this matter and the parties thus jointly stipulate to the dismissal with prejudice of all claims and counterclaims asserted by and between Plaintiff and Defendants in this litigation. Each party will bear its own costs and attorneys' fees. The Clerk shall close this file.

Respectfully submitted on this 28th day of August, 2014.

| | |
|---|---|
| /s/ Henry C. Bunsow | /s/ J. Scott Gerien |
| Henry C. Bunsow (SBN 060707) | J. Scott Gerien (SBN 184728) |
| hbunsow@bdiplaw.com | sgerien@dpf-law.com |
| Brian A.E. Smith (SBN 188147) | John N. Heffner (SBN221557) |
| bsmitih@bdiplaw.com | jheffner@dpf-law.com |
| Robin Curtis (SBN 271702) | Aaron D. Currie (SBN 245348) |
| rcurtis@bdiplaw.com | acurrie@dpf-law.com |
| BUNSOW, DE MORY, SMITH & ALLISON LLP | DICKENSON, PEATMAN & FOGARTY |
| 351 California Street, Suite 200 | 1455 First Street, Ste. 301 |
| San Francisco, CA 94104 | Napa, CA 94559 |
| Tel: (415) 426-4747 | Tel: (707) 252-7122 |
| Fax: (415) 426-4744 | Fax: (707) 255-6876 |

Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
Jeffrey D. Chen (SBN 267837)
jchen@bdiplaw.com
BUNSOW, DE MORY, SMITH & ALLISON LLP
600 Allerton Street, Suite 101
Redwood City, CA 94063
Tel: 650-351-7248
Fax: 650-351-7253

**ATTESTATION OF CONCURRENCE**

I, Henry C. Bunsow, attest that I obtained the concurrence of the above signatory in filing this document.  I declare under penalty of laws of the United States that the foregoing is true and correct.  Executed this 28th day of August, 2014 at San Francisco, California.

                                            */s/ Henry C. Bunsow*
                                            Henry C. Bunsow