1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DUCKHORN WINE COMPANY, a California Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SUTTER HOME WINERY, INC., d/b/a Trinchero Family Estates, DUCK COMMANDER, INC., and WAL-MART STORES INC.,<br><br>          Defendants. | Case No.  13-05525 RS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

1   Based on the Joint Stipulation by Plaintiff Duckhorn Wine Company ("Plaintiff") and
2  Defendants Duck Commander, Inc., Sutter Home Winery, Inc. and Wal-Mart Stores Inc.
3  ("Defendants"), who appeared in this action, through counsel,

4   IT IS ORDERED that:

5   1.   Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims and
6  counterclaims asserted by and between Plaintiff and Defendants in this lawsuit are dismissed with
7  prejudice.

8   2.   Each party will bear their own attorneys' fees and costs incurred in connection with the
9  prosecution and defense of this lawsuit.

10   3.   The Clerk shall close this file.

12  IT IS SO ORDERED.

14  Dated:

United States District Court
Richard Seeborg

[PROPOSED] ORDER GRANTING JOINT                 1                              Case No. 13-05525 RS
STIPULATION OF DISMISSAL WITH PREJUDICE