**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DUCKHORN WINE COMPANY, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SUTTER HOME WINERY, INC., d/b/a Trinchero Family Estates, DUCK COMMANDER, INC., and WAL-MART STORES INC., <br><br> Defendants. | Case No. 13-05525 RS <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

[PROPOSED] ORDER GRANTING JOINT
STIPULATION OF DISMISSAL WITH PREJUDICE

Case No. 13-05525 RS

Based on the Joint Stipulation by Plaintiff Duckhorn Wine Company ("Plaintiff") and Defendants Duck Commander, Inc., Sutter Home Winery, Inc. and Wal-Mart Stores Inc. ("Defendants"), who appeared in this action, through counsel,

IT IS ORDERED that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all claims and counterclaims asserted by and between Plaintiff and Defendants in this lawsuit are dismissed with prejudice.

2. Each party will bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit.

3. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: 9/2/14

_____
United States District Court
Richard Seeborg

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE        1        Case No. 13-05525 RS